**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| PAULETTE IVORY, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 3:25-cv-00466 |
| CHARLES SCHWAB & CO., INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

**<u>NOTICE OF SUBSTITUTE OF COUNSEL</u>**

Erin A. Murray files this Notice of Substitute of Counsel and enters her appearance as local counsel for the Defendant Charles Schwab & Co., Inc., in place of Stephanie J. Manning who has left Seyfarth Shaw LLP.

DATED:  October 9, 2025

Respectfully submitted,

SEYFARTH SHAW LLP

By:  */s/ Erin A. Murray*
Erin A. Murray
Texas Bar No. 24109538
emurray@seyfarth.com
SEYFARTH SHAW LLP
2323 Ross Avenue, Suite 1660
Dallas, Texas 75201
Telephone: (469) 608-6769

**Attorneys for Defendant
Charles Schwab & Co., Inc.**

320789638v.1

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned attorney, hereby certify that a copy of the foregoing pleading was served on counsel of record by electronic filing using the CM/ECF system on this 9th day of October, 2025.

/s/Erin A. Murray
Erin A. Murray

2